IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Frank C. Brown, Jr.,

     Plaintiff,

    v.                             Case No. 2:10-cv-283

Warden Deb Timmerman-Cooper,         JUDGE SARGUS
et al.,

     Defendants.

## ORDER

The complaint in this action was filed on April 2, 2010.  On June 4, 2010, plaintiff moved for

a default judgment against all defendants.  However, as subsequent orders of the Court reflect, at

that time, no defendant had been properly served with a summons and complaint.  Summons has

since been issued, and the defendants were served by the Marshal on September 27, 2010.  Under

these circumstances, the motion for default judgment (#5) is not well-taken and it is therefore

**DENIED.**

     **IT IS SO ORDERED.**

Date: 11-9-2010

Edmund A. Sargus, Jr.
United States District Judge