IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Frank C. Brown, Jr.

    Plaintiff,

v.                               Case No. 2:10-cv-283

Warden Deb Timmerman-Cooper,     JUDGE EDMUND A. SARGUS, JR.
et al.,                              Magistrate Judge Kemp

    Defendants.

## ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on February 4, 2013. No objections have been filed to the Report and Recommendation. Therefore, the Court ADOPTS the Report and Recommendation. The motion for judgment on the pleadings (#88) is GRANTED and this case is DISMISSED. Further, the motion for a temporary restraining order and for a preliminary injunction (#90) is DENIED.

**IT IS SO ORDERED.**

4-2-2013
Date

Edmund A. Sargus, Jr.
United States District Judge