AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**FRANK C. BROWN, JR.,**

    **Plaintiff,**

**vs.**

**JUDGMENT IN A CIVIL CASE**

**WARDEN DEB TIMMERMAN-COOPER,**
**et al.,**

CASE NO. 2:10-cv-283
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE TERENCE P. KEMP

    **Defendants.**

____ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the Order filed April 2, 2013, JUDGMENT is hereby entered DISMISSING this case.**

Date:  April 2, 2013                           JOHN P. HEHMAN, CLERK

                                                    */S/ Andy F. Quisumbing*
                                                    (By) Andy F. Quisumbing
                                                    Courtroom Deputy Clerk